UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE ARTEM,

                Plaintiff,

v.

STATE OF NORTH DAKOTA, et al.,

                Defendants.

Case No. C17-0798-RSM

**ORDER DECLINING TO REVIEW IFP APPLICATION AND GRANTING LEAVE TO CORRECT DEFICIENCIES**

Plaintiff filed an application to proceed *in forma pauperis*. Dkt. 1. The application is deficient because, although plaintiff signed the Written Consent for Payment of Costs Under Local Rule CR 3(b) section of the application, he indicated his rejection of that language by crossing it out. Dkt. 1 at 2. This Court's local rules require that a party proceeding *in forma pauperis* consent that

> the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.

LCR 3(c). Plaintiff must correct this deficiency no later than **June 20, 2017**. He may do so by filing a new, complete IFP application and written consent for payment of costs form. Failure to correct the deficiency may result in a recommendation that this matter be dismissed.

ORDER DECLINING TO REVIEW IFP
APPLICATION AND GRANTING LEAVE
TO CORRECT DEFICIENCIES - 1

1 The Clerk shall provide a copy of this Order and the Court's standard IFP form to
2 plaintiff.
3 DATED this 30th day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DECLINING TO REVIEW IFP
APPLICATION AND GRANTING LEAVE
TO CORRECT DEFICIENCIES - 2