UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE ARTEM,

                    Plaintiff,

    v.

STATE OF NORTH DAKOTA,

                    Defendant.

CASE NO. C17-798-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

      Plaintiff's amended application to proceed in forma pauperis (Dkt. 4) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

      The Clerk is directed to send a copy of this Order to plaintiff.

      DATED this 16th day of June, 2017.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge