Print Form

Instructions for use:
1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

GEORGE ASTEN ET AL

SG   MAY 23 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Plaintiff(s)

vs.

STATE OF NORTH DAKOTA,
COUNTY OF MORTON

Defendant(s),

17-CV-00798 RSM

**COMPLAINT**

CLASS ACTION

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

GEORGE ASTEN
161 16th AVE SEATTLE, WA 98122

Defendant's Name, Address and Phone Number

BISMARCK-MANDAN PUBLIC DEFENDER
40 E. Thayer Avenue, Suite 201 Bismarck ND 58501

Defendant's Name, Address and Phone Number

Page 1 of 4

1 | Defendant's Name, Address and Phone Number

2 |
3 |
4 |

5 | (If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

6 |
7 | **Jurisdiction**
(Reason your case is being filed in federal court)

8 |
9 |
10 |
11 |

12 | **Statement of Claim:**
(State here as briefly as possible the facts of your case.)

13 |
14 | NO State case # 30-2015-CR-1919
15 | ND DISTRICT COURT # 7:17-CN-059
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 | Page 2 of 4

**Relief:**
(State briefly exactly what you want the court to do for you)

injunctive and monetary

**Jury Demand:**
(Optional)

Indeed

5.11.2017
Date                   Signature of Plaintiff

Page 4 of 4